UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE KAHANA | : CIVIL ACTION |
| v. | : NO. 20-4448 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, *et al.* | : |

## ORDER

**AND NOW**, this 1st day of October 2020, upon considering Defendant GEICO Casualty Company's Motion to dismiss (ECF Doc. No. 15), Plaintiff's Response (ECF Doc. No. 21), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant GEICO Casualty Company's Motion (ECF Doc. No. 15) is **GRANTED** and Plaintiff's claims against it are dismissed; and,

2. Consistent with note 24 in the accompanying Memorandum, Plaintiff's counsel shall **show cause** during our Initial Pretrial Conference on October 14, 2020 (ECF Doc. No. 18), including presenting sworn testimony as he may wish, as to why we should not sanction him for possibly misrepresenting the terms of the Policy, including an appropriate scope of monetary sanctions up to and including the reasonable fees and costs incurred by GEICO Casualty Company in preparing and filing the Motion (ECF Doc. No. 15).

_____
KEARNEY, J.